CR 23-328 PJS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(o)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 26 U.S.C. § 5845(b) |
| BENJAMIN JEHLE ZWACK, | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:



SCANNED
NOV 03 2023
U.S. DISTRICT COURT MPLS

**COUNT 1**
(Possession of a Machinegun)

On or about March 7, 2023, in the State and District of Minnesota, the defendant,

**BENJAMIN JEHLE ZWACK**,

did knowingly possess a machinegun, namely, a machine gun conversion device, commonly known as a "switch" or "auto sear," enabling a firearm to be fired as a fully automatic weapon by a single function of the trigger, knowing the machinegun conversion device had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

**FORFEITURE ALLEGATIONS**

If convicted of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, machinegun conversion

United States v. Benjamin Jehle Zwack

devices, accessories (including any magazines and other firearms parts), and ammunition, involved in, connected with, or used in any knowing violation of, the offense alleged, including, but not limited to, 11 machine gun conversion devices.

All in violation of Title 18, United States Code, Sections 922(o)(1), 924(a)(2), and 924(d)(1), Title 26, United States Code, Section 5845(b), and Title 28, United States Code, Section 2461(c).

Dated:  November 3, 2023

ANDREW M. LUGER
United States Attorney


/s David P. Steinkamp

BY:  DAVID P. STEINKAMP
Assistant United States Attorney